**PAUL R.M. CULLEN, ESQ.**
Nevada Bar No. 12355
**LINDSAY K. CULLEN, ESQ.**
Nevada Bar No. 12364
**BERTOLDO CARTER SMITH & CULLEN**
7408 West Sahara Avenue
Las Vegas, Nevada 89117
Phone Number: (702) 228-2600
Fax Number: (702) 228-2333
paul@nvlegaljustice.com
lindsay@nvlegaljustice.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIA CHAIDEZ DE HERRERA, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>OTIS ELEVATOR COMPANY, a foreign corporation; TK ELEVATOR CORPORATION, a domestic corporation; TK ELEVATOR CORPORATION, a foreign coroporation; TK ELEVATOR MANUFACTURING, INC., a foreign corporation; DOES 1 through 30, inclusive; and ROE BUSINESS ENTITIES 4 through 30, inclusive,<br>    Defendants. | CASE NO.: 2:24-cv-01122-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S OPPOSITION DEADLINE ON DEFENDANT OTIS ELEVATOR COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>The Hon. Gloria M. Navarro<br><br>Trial Date: None Set |

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MARIA CHAIDEZ DE HERRERA through her counsel of record, BERTOLDO CARTER SMITH & CULLEN, and Defendants OTIS ELEVATOR COMPANY, through their counsel of record, the law firm of ROGERS MASTRANGELO CARVALHO & MITCHELL, that the deadline for Plaintiff to oppose Defendant Otis Elevator Company's Motion for Summary Judgment be continued. No Trial date has been scheduled. The parties do not seek a trial continuance. This is the parties first request for an extension of time. Defendant Otis Elevator Company filed its Motion for Summary Judgment on April 1, 2025. The current deadline for Plaintiff's Opposition is April 15, 2025.

///

///

The parties agree to extend the deadline for Plaintiff's Opposition to April 25, 2025.

The parties further agree to extend the deadline for Defendants' Reply to May 9, 2025.

| | |
|---|---|
| DATED this 10th day of April, 2025 | DATED this 10th day of April, 2025 |
| **BERTOLDO CARTER SMITH & CULLEN** | **ROGERS MASTRANGELO CARVALHO & MITCHELL** |
| */s/ Paul R.M. Cullen, Esq.*<br>**PAUL R.M. CULLEN, ESQ**.<br>Nevada Bar No. 12355<br>7408 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff* | */s/ Rebecca L. Mastrangelo, Esq.*<br>**REBECCA L. MASTRANGELO, ESQ.**<br>Nevada Bar No. 5417<br>700 South Third Street<br>Las Vegas NV 89101<br>*Attorneys for Defendant Otis Elevator Company* |
| | **TUCKER ELLIS, LLP**<br>**V. SATHIENMARS, ESQ.**<br>California Bar No. 282619<br>201 Mission Street, Suite 2310<br>San Franciso, CA 94105<br>*Attorneys for Defendant Otis*<br>*Admitted Pro Hac Vice* |

DATED this 10th day of April, 2025.

**McKAY LAW FIRM, CHTD.**
**PAMELA A. McKAY, ESQ. (NSB 7812)**
8440 W. Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
*Attorneys for Defendants TK Elevator*

**THE CAVANAGH LAW FIRM, PA**

*/s/ Bradley J. Johnston, Esq.*
**BRADLEY J. JOHNSTON, ESQ.**
(AZB 015832)
1850 N. Central Ave., Suite 1900
Phoenix, AZ 85004
*Attorneys for Defendants TK Elevator*
*Admitted Pro Hac Vice*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 11, 2025

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to F.R.C.P.5(B)(2)(1), a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S OPPOSITION DEADLINE ON DEFENDANT OTIS ELEVATOR COMPANY'S MOTION FOR SUMMARY JUDGMENT** has been served upon the following counsel through CM/ECF electronic service, on this the 10th day of April, 2025.

| | |
|---|---|
| Rebecca L. Mastrangelo, Esq.<br>ROGERS, MASTRANGELO,<br>CARVALHO & MITCHELL<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Defendant Otis Elevator Company | McKAY LAW FIRM, CHTD.<br>PAMELA A. McKAY, ESQ.<br>8440 W. Lake Mead Blvd., Suite 112<br>Las Vegas, NV 89128<br>*Attorneys for Defendants TK Elevator* |
| TUCKER ELLIS, LLP<br>V. SATHIENMARS, ESQ.<br>TUCKER ELLIS, LLP<br>201 Mission Street, Suite 2310<br>San Franciso, CA 94105<br>*Attorneys for Defendant Otis Elevator Company*<br>*Admitted Pro Hac Vice* | THE CAVANAGH LAW FIRM, PA<br>BRADLEY J. JOHNSTON, ESQ.<br>1850 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004<br>*Attorneys for Defendants TK Elevator*<br>*Admitted Pro Hac Vice* |

*/s/ Rachel Douglas*
An Employee of
Bertoldo Carter Smith & Cullen