1 | REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
2 | ROGERS, MASTRANGELO, CARALHO & MITCHELL
700 South Third Street
3 | Las Vegas, Nevada 89101
Telephone:  (702) 383-3400
4 | Facsimile:   (702) 384-1460
rmastrangelo@rmcmlaw.com
5 |
SU-LYN COMBS (*PRO HAC VICE*)
6 | TUCKER ELLIS LLP
515 South Flower Street
7 | Forty-Second Floor
Los Angeles, CA 90071
8 | Telephone:     (213) 430-3400
Facsimile:      (213) 430-3409
9 | su-lyn.combs@tuckerellis.com

10 | VASUDHSIRI SATHIENMARS (*PRO HAC VICE*)
TUCKER ELLIS LLP
11 | 201 Mission Street, Suite 2310
San Francisco, CA 94105
12 | Telephone:     (415) 617-2400
Facsimile:      (415) 617-2409
13 | vasudhsiri.sathienmars@tuckerellis.com

14 | Attorneys for Defendant
*OTIS ELEVATOR COMPANY*
15 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA CHAIDEZ DE HERRERA, individually, | Case No. 2:24-cv-01122-GMN-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND REPLY DEADLINE TO DEFENDANT OTIS ELEVATOR COMPANY'S MOTIONS** |
| OTIS ELEVATOR COMPANY, a foreign corporation; TK ELEVATOR CORPORATION, a domestic corporation; TK ELEVATOR CORPORATION, a foreign corporation; TK ELEVATOR MANUFACTURING, INC., a foreign corporation; DOES 1 through 30, inclusive; and ROE BUSINESS ENTITIES 4 through 30, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by all parties, by and through their respective counsel of record, that the deadline for Defendant Otis Elevator Company to file a reply to Plaintiff's Response to Motion for Summary Judgment, currently due May 21, 2025, shall be extended to June 20, 2025.

Defendant Otis Elevator Company filed a Motion for Summary Judgment [Dkt. #40] on April 1, 2025.  Plaintiff filed a Response to Defendant Otis Elevator Company's Motion for Summary Judgment on April 28, 2025 [Dkt. #43] and an Errata to Plaintiff's Response to Defendant Otis Elevator Company's Motion for Summary Judgment on April 30, 2025 [Dkt. #44].

Counsel for Plaintiff and Otis met and conferred and Plaintiff agreed to dismiss the non-product liability causes of action *only* against Otis pursuant to NRS 11.202.  The only remaining claims are Plaintiff's product liability claims against Otis.  Good cause exists for this request because the parties have scheduled an inspection of the Subject Elevator on May 21, 2025.  The inspection will allow the parties to determine the cause of the alleged elevator malfunction and determine whether the product liability claims should remain against Otis.  Extending the deadlines will allow the parties to complete the necessary discovery for the summary judgment motion and ensure that the Court has the full context to make an informed decision.

This requested extension is made in good faith and not for the purposes of delay.

Respectfully Submitted By:
TUCKER ELLIS, LLP

*/s/ Su-Lyn Combs*

_____
SU-LYN COMBS, ESQ.
VASUDHSIRI T. SATHIENMARS, ESQ.
TUCKER ELLIS LLP
515 South Flowers Street, 42nd Floor
Los Angeles, CA 90071

*Attorneys for Defendant Otis Elevator Co.*

Respectfully Submitted By:
BERTOLD CARTER SMITH & CULLEN

/s/ *Paul R.M. Cullen*

_____
PAUL R.M. CULLEN ESQ.
Nevada Bar No. 12355
7405 West Sahara Avenue
Las Vegas, NV 89117

*Attorneys for Plaintiff*

1

## **ORDER**

2

3      Based on the parties' stipulation ECF No. 45 and good cause appearing, IT IS ORDERED that
the deadline to reply to Plaintiff's Response to Motion for Summary Judgment is extended to June 20,
4      2025.

5

6      _____
Gloria M. Navarro
7      U.S. District Court Judge

8      Dated: May _5_, 2025.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on the 5th day of May, 2025, the foregoing was served upon the following counsel of record via electronic mail:

| | |
|---|---|
| Paul R.M. Cullen, Esq.<br>Lindsay Cullen, Esq.<br>BERTOLDO CARTER SMITH & CULLEN<br>7408 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Tel.:  (702) 228-2600<br>Fax:  (702) 228-2333<br>Email: paul@nvlegaljustice.com<br>lindsay@nvlegaljustice.com<br><br>*Attorneys for Plaintiff* | Pamela A. McKay, Esq.<br>MCKAY LAW FIRM, CHTD.<br>8440 W. Lake Mead Blvd., Ste. 112<br>Las Vegas, Nevada 89128<br>Tel.: (702) 835-6956<br>Fax:  (702) 835-6957<br>Email: pmckay@mckaylawfirmchtd.com<br><br>*Attorneys for Defendant*<br>*TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.* |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 5417<br>ROGERS, MASTRANGELO, CARVALHO & MITCHELL<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>Tel.:  (702) 383-3400<br>Fax (702) 384-1460<br>Email:  rmastrangelo@rmcmlaw.com<br><br>*Attorneys for Defendant*<br>*Otis Elevator Company* | Bradley J. Johnston, Esq. (Pro Hac Vice)<br>The Cavanagh Law Firm, P.A.<br>1850 N. Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>Tel.: (602) 322-4000<br>Fax: (602) 322-4100<br>Email: bjohnston@cavanaghlaw.com<br><br>*Attorneys for Defendant*<br>*TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.* |

/s/:  *Stella S. Villegas*
_____
An employee of Tucker Ellis LLP

017377\000331\1709745.1