1  REBECCA L. MASTRANGELO, ESQ.
   Nevada Bar No. 5417
2  ROGERS, MASTRANGELO, CARALHO & MITCHELL
   700 South Third Street
3  Las Vegas, Nevada 89101
   Telephone:  (702) 383-3400
4  Facsimile:  (702) 384-1460
   rmastrangelo@rmcmlaw.com
5
   SU-LYN COMBS (*PRO HAC VICE*)
6  TUCKER ELLIS LLP
   515 South Flower Street
7  Forty-Second Floor
   Los Angeles, CA 90071
8  Telephone:    (213) 430-3400
   Facsimile:    (213) 430-3409
9  su-lyn.combs@tuckerellis.com

10 VASUDHSIRI SATHIENMARS (*PRO HAC VICE*)
   TUCKER ELLIS LLP
11 201 Mission Street, Suite 2310
   San Francisco, CA 94105
12 Telephone:    (415) 617-2400
   Facsimile:    (415) 617-2409
13 vasudhsiri.sathienmars@tuckerellis.com

14 Attorneys for Defendant
   *OTIS ELEVATOR COMPANY*
15
                    **UNITED STATES DISTRICT COURT**
16
                       **DISTRICT OF NEVADA**
17

18 | MARIA CHAIDEZ DE HERRERA, individually, | Case No. 2:24-cv-01122-GMN-BNW |
19 | | |
   | Plaintiff, | |
20 | | **STIPULATION FOR** |
   | v. | **DISMISSAL WITH PREJUDICE** |
21 | | **OF CERTAIN CAUSES OF** |
   | OTIS ELEVATOR COMPANY, a foreign | **ACTION AGAINST** |
22 | corporation; TK ELEVATOR | **DEFENDANT OTIS ELEVATOR** |
   | CORPORATION, a domestic corporation; TK | **COMPANY** |
23 | ELEVATOR CORPORATION, a foreign | |
   | corporation; TK ELEVATOR | |
24 | MANUFACTURING, INC., a foreign | |
   | corporation; DOES 1 through 30, inclusive; and | |
25 | ROE BUSINESS ENTITIES 4 through 30, | |
   | inclusive, | |
26 | | |
27 | Defendants. | |

28

**IT IS HEREBY STIPULATED AND AGREED,** by all parties, by and through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41, that certain causes of actions against Defendant Otis Elevator Company be dismissed with prejudice as follows:

1. Plaintiff's First Cause of Action for Negligence is dismissed with prejudice as to Defendant Otis Elevator Company.

2. Plaintiff's Second Cause of Action for Negligence – Res Ipsa Loquitur is dismissed with prejudice as to Defendant Otis Elevator Company.

3. Plaintiff's Fourth Cause of Action for Negligent Hiring, Training Supervision, Contracting, and/or Retention is dismissed with prejudice as to Defendant Otis Elevator Company.

4. Plaintiff's Fifth Cause of Action for Respondeat Superior is dismissed with prejudice as to Defendant Otis Elevator Company.

5. Plaintiff's Sixth Cause of Action for Breach of Warranty is dismissed with prejudice as to Defendant Otis Elevator Company.

This stipulation does not impact any claims or causes of action against TK Elevator Corporation or TK Manufacturing, Inc.

Respectfully Submitted By:
TUCKER ELLIS, LLP

*/s/ Su-Lyn Combs*

_____

SU-LYN COMBS, ESQ.
VASUDHSIRI T. SATHIENMARS, ESQ.
TUCKER ELLIS LLP
515 South Flowers Street, 42nd Floor
Los Angeles, CA 90071

*Attorneys for Defendant Otis Elevator Co.*

Respectfully Submitted By:
BERTOLD CARTER SMITH & CULLEN

*/s/ Paul R.M. Cullen*

_____

PAUL R.M. CULLEN ESQ.
Nevada Bar No. 12355
7405 West Sahara Avenue
Las Vegas, NV 89117

*Attorneys for Plaintiff*

**ORDER**

     Based on the parties' stipulation [ECF No. 49] and good cause appearing, IT IS ORDERED that Plaintiff's First, Second, Fourth, Fifth and Sixth Causes of Action are Dismissed with Prejudice as to Defendant Otis Elevator Company.

     Dated this ___4___ day of June, 2025.

_____

Gloria M. Navarro
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of June, 2025, the foregoing was served upon the following counsel of record via electronic mail:

| | |
|---|---|
| Paul R.M. Cullen, Esq.<br>Lindsay Cullen, Esq.<br>BERTOLDO CARTER SMITH & CULLEN<br>7408 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Tel.: (702) 228-2600<br>Fax: (702) 228-2333<br>Email: paul@nvlegaljustice.com<br>lindsay@nvlegaljustice.com<br><br>*Attorneys for Plaintiff* | Pamela A. McKay, Esq.<br>MCKAY LAW FIRM, CHTD.<br>8440 W. Lake Mead Blvd., Ste. 112<br>Las Vegas, Nevada 89128<br>Tel.: (702) 835-6956<br>Fax: (702) 835-6957<br>Email: pmckay@mckaylawfirmchtd.com<br><br>*Attorneys for Defendant*<br>*TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.* |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 5417<br>ROGERS, MASTRANGELO, CARVALHO & MITCHELL<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>Tel.: (702) 383-3400<br>Fax (702) 384-1460<br>Email: rmastrangelo@rmcmlaw.com<br><br>*Attorneys for Defendant*<br>*Otis Elevator Company* | Bradley J. Johnston, Esq. (Pro Hac Vice)<br>The Cavanagh Law Firm, P.A.<br>1850 N. Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>Tel.: (602) 322-4000<br>Fax: (602) 322-4100<br>Email: bjohnston@cavanaghlaw.com<br><br>*Attorneys for Defendant*<br>*TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.* |

/s/: *Stella S. Villegas*

_____
An employee of Tucker Ellis LLP

017377\000331\1712041.1