REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Telephone:  (702) 383-3400
Facsimile:   (702) 384-1460
rmastrangelo@rmcmlaw.com

SU-LYN COMBS (*PRO HAC VICE*)
TUCKER ELLIS LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     (213) 430-3400
Facsimile:      (213) 430-3409
su-lyn.combs@tuckerellis.com

VASUDHSIRI SATHIENMARS (*PRO HAC VICE*)
TUCKER ELLIS LLP
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone:     (415) 617-2400
Facsimile:      (415) 617-2409
vasudhsiri.sathienmars@tuckerellis.com

Attorneys for Defendant
*OTIS ELEVATOR COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CHAIDEZ DE HERRERA, individually,<br><br>                Plaintiff,<br><br>      v.<br><br>OTIS ELEVATOR COMPANY, a foreign corporation; TK ELEVATOR CORPORATION, a domestic corporation; TK ELEVATOR CORPORATION, a foreign corporation; TK ELEVATOR MANUFACTURING, INC., a foreign corporation; DOES 1 through 30, inclusive; and ROE BUSINESS ENTITIES 4 through 30, inclusive,<br><br>                Defendants. | Case No. 2:24-cv-01122-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE FOR DEFENDANT OTIS ELEVATOR COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY STIPULATED AND AGREED,** by all parties, by and through their respective counsel of record, that the deadline for Defendant Otis Elevator Company to file a reply to Plaintiff's Response to Motion for Summary Judgment, currently due June 20, 2025, shall be extended to July 21, 2025.

Defendant Otis Elevator Company filed a Motion for Summary Judgment [Dkt. #40] on April 1, 2025. Plaintiff filed a Response to Defendant Otis Elevator Company's Motion for Summary Judgment on April 28, 2025 [Dkt. #43] and an Errata to Plaintiff's Response to Defendant Otis Elevator Company's Motion for Summary Judgment on April 30, 2025 [Dkt. #44].

Counsel for Plaintiff and Otis met and conferred and Plaintiff agreed to dismiss the non-product liability causes of action *only* against Otis pursuant to NRS 11.202. On June 4, 2025, the Order granting Stipulation for Dismissal of Plaintiff's First, Second, Fourth, Fifth, and Sixth Causes of Action as to Otis was entered. [Dkt. #50] The only remaining claims are Plaintiff's product liability claims against Otis. Good cause exists for this request because the parties conducted an inspection of the Subject Elevator on May 21, 2025. The expert are in the process of reviewing their observations and opinions based on the completed inspection and need additional time to determine whether the product liability claims should remain against Otis. Extending the deadline will allow the parties to complete the necessary discovery for the summary judgment motion and ensure that the Court has the full context to make an informed decision.

This requested extension is made in good faith and not for the purposes of delay.

| | |
|---|---|
| Respectfully Submitted By:<br>TUCKER ELLIS, LLP | Respectfully Submitted By:<br>BERTOLD CARTER SMITH & CULLEN |
| */s/ Su-Lyn Combs* | /s/ *Paul R.M. Cullen* |
| SU-LYN COMBS, ESQ.<br>Nevada Bar No. 17058<br>VASUDHSIRI T. SATHIENMARS, ESQ.<br>TUCKER ELLIS LLP<br>515 South Flowers Street, 42nd Floor<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendant Otis Elevator Co.* | PAUL R.M. CULLEN ESQ.<br>Nevada Bar No. 12355<br>7405 West Sahara Avenue<br>Las Vegas, NV 89117<br><br>*Attorneys for Plaintiff* |

**ORDER**

Based on the parties' stipulation [ECF No. 51] and good cause appearing, IT IS ORDERED that the deadline to reply to Plaintiff's Response to Motion for Summary Judgment is extended to July 21, 2025.

_____
U.S. District Court Judge

Dated this _9_ day of June, 2025.

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 6, 2025**, a copy of the foregoing **STIPULATION AND ORDER TO EXTEND REPLY DEADLINE FOR DEFENDANT OTIS ELEVATOR COMPANY'S MOTION FOR SUMMARY JUDGMENT** was filed and served electronically via the Court's CM/ECF electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Su-Lyn Combs*
Su-Lyn Combs
Tucker Ellis LLP
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071
Telephone: 213.430.3312
Facsimile: 213.430.3409
E-mail: su-lyn.combs@tuckerellis.com

*Attorney[s] for Defendant OTIS ELEVATOR COMPANY*