REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Telephone:  (702) 383-3400
Facsimile:   (702) 384-1460
rmastrangelo@rmcmlaw.com

SU-LYN COMBS
Nevada Bar No. 17058
TUCKER ELLIS LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    (213) 430-3400
Facsimile:     (213) 430-3409
su-lyn.combs@tuckerellis.com

VASUDHSIRI SATHIENMARS (*PRO HAC VICE*)
TUCKER ELLIS LLP
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone:    (415) 617-2400
Facsimile:     (415) 617-2409
vasudhsiri.sathienmars@tuckerellis.com

Attorneys for Defendant
*OTIS ELEVATOR COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA CHAIDEZ DE HERRERA, individually,<br><br>                    Plaintiff,<br><br>     v.<br><br>OTIS ELEVATOR COMPANY, a foreign corporation; TK ELEVATOR CORPORATION, a domestic corporation; TK ELEVATOR CORPORATION, a foreign corporation; TK ELEVATOR MANUFACTURING, INC., a foreign corporation; DOES 1 through 30, inclusive; and ROE BUSINESS ENTITIES 4 through 30, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-01122-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT OTIS ELEVATOR COMPANY, ONLY, WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41, that the above-entitled matter be dismissed, with prejudice, as to Defendant Otis Elevator Company, only; all parties to bear their own costs and attorney's fees.

**IT IS FURTHER STIPULATED AND AGREED** that the caption in this action shall be modified to remove Defendant Otis Elevator Company.

This stipulation does not impact any claims or causes of action against TK Elevator Corporation or TK Manufacturing, Inc.

| | |
|---|---|
| Dated: July 21, 2025 | Dated: July 21, 2025 |
| Respectfully Submitted By:<br>TUCKER ELLIS, LLP | Respectfully Submitted By:<br>BERTOLD CARTER SMITH & CULLEN |
| */s/ Su-Lyn Combs*<br>_____<br>SU-LYN COMBS, ESQ.<br>Nevada Bar No. 17058<br>VASUDHSIRI T. SATHIENMARS, ESQ.<br>TUCKER ELLIS LLP<br>515 South Flowers Street, 42nd Floor<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendant Otis Elevator Co.* | /s/ *Paul R.M. Cullen*<br>_____<br>PAUL R.M. CULLEN ESQ.<br>Nevada Bar No. 12355<br>7405 West Sahara Avenue<br>Las Vegas, NV 89117<br><br>*Attorneys for Plaintiff* |

**ORDER**

Based on the parties' stipulation [ECF No. 53] and good cause appearing, IT IS ORDERED that the above-entitled matter be dismissed, with prejudice, as to Defendant Otis Elevator Company, only; all parties to bear their own costs and attorney's fees.

It is further ORDERED, ADJUDGED, and DECREED THAT the caption in this action be modified to remove Defendant Otis Elevator Company.

_____
U.S. District Court Judge
Dated: July 21, 2015

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, a copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT OTIS ELEVATOR COMPANY, ONLY, WITH PREJUDICE** was filed and served electronically via the Court's CM/ECF electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Paul R.M. Cullen, Esq.<br>Lindsay Cullen, Esq.<br>BERTOLDO CARTER SMITH & CULLEN<br>7408 W. Sahara Avenue<br>Las Vegas, NV 89117<br>Tel.: (702) 228-2600<br>Fax: (702) 228-2333<br>Email: paul@nvlegaljustice.com<br>lindsay@nvlegaljustice.com<br><br>*Attorneys for Plaintiff* | Pamela A. McKay, Esq.<br>MCKAY LAW FIRM, CHTD.<br>8440 W. Lake Mead Blvd., Ste. 112<br>Las Vegas, Nevada 89128<br>Tel.: (702) 835-6956<br>Fax: (702) 835-6957<br>Email: pmckay@mckaylawfirmchtd.com<br><br>*Attorneys for Defendant*<br>*TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.* |
| Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 5417<br>ROGERS, MASTRANGELO, CARVALHO & MITCHELL<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>Tel.: (702) 383-3400<br>Fax (702) 384-1460<br>Email: rmastrangelo@rmcmlaw.com<br><br>*Attorneys for Defendant*<br>*Otis Elevator Company* | Bradley J. Johnston, Esq. (Pro Hac Vice)<br>The Cavanagh Law Firm, P.A.<br>1850 N. Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>Tel.: (602) 322-4000<br>Fax: (602) 322-4100<br>Email: bjohnston@cavanaghlaw.com<br><br>*Attorneys for Defendant*<br>*TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.* |

/s/:  *Stella S. Villegas*

An employee of Tucker Ellis LLP