Rebecca L. Mastrangelo
Nevada Bar No. 5417
**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com

Bradley J. Johnston (*pro hac vice*)
**THE CAVANAGH LAW FIRM, P.A.**
1850 N. Central Ave., Ste. 1900
Phoenix, Arizona 85004
Telephone: (602) 322-4028
Facsimile: (602) 322-4100
bjohnston@cavanaghlaw.com

*Attorneys for Defendants TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CHAIDEZ DE HERRERA, individually, <br><br> Plaintiff, <br><br> v. <br><br> TK ELEVATOR CORPORATION, a domestic corporation; TK ELEVATOR CORPORATION, a foreign corporation; TK ELEVATOR MANUFACTURING, INC., a foreign corporation; DOES 1 through 30, inclusive; and ROE BUSINESS ENTITIES 4 through 30, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01122-GMN-BNW <br><br> **ORDER GRANTING STIPULATION TO DISMISS (1) TK ELEVATOR MANUFACTURING, INC., AND (2) TK ELEVATOR CORPORATION, A DOMESTIC CORPORATION, WITHOUT PREJUDICE** <br><br> The Hon. Gloria M. Navarro <br><br> Trial Date: None Set |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MARIA

#11472318v2

CHAIDEZ DE HERRERA through her counsel of record, PAUL R.M. CULLEN, ESQ., and LINDSAY K. CULLEN, ESQ. of CARTER & CULLEN; and Defendants TK ELEVATOR CORPORATION and TK ELEVATOR MANUFACTURING, INC. by and through their counsel of record, BRADLEY J. JOHNSTON, ESQ. and THE CAVANAGH LAW FIRM, P.A.; PAMELA A. MCKAY, ESQ., of the MCKAY LAW FIRM, CHTD.; and REBECCA L. MASTRANGELO, ESQ., of ROGERS MASTRANGELO CARVALHO & MITCHELL, that Plaintiff's claims against (1) TK Elevator Manufacturing, Inc., and (2) TK Elevator Corporation, a <u>domestic</u> corporation, are dismissed without prejudice, each party to bear its own attorneys' fees and costs. The parties stipulate and agree that should evidence in this case demonstrate that either of the parties is a proper party to this action, Plaintiff may amend its complaint to add that party(ies) as a defendant, and neither shall invoke the stipulated dismissal as a basis for a statute of limitations defense.

RESPECTFULLY SUBMITTED this 3rd day of February, 2026.

| ROGERS MASTRANGELO CARVALHO & MITCHELL | THE CAVANAGH LAW FIRM, P.A. |
|---|---|
| By: /s/ *Rebecca L. Mastrangelo* <br> Rebecca L. Mastrangelo <br><br> *Attorneys for Defendants TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.* | By: /s/ *Bradley J. Johnston* <br> Bradley J. Johnston (*pro hac vice*) <br><br> *Attorneys for Defendants TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.* |
| MCKAY LAW FIRM CHTD. | CARTER & CULLEN |
| By: /s/ *Pamela M. McKay* <br> Pamela M. McKay <br> *Attorneys for Defendants TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.* | By: /s/ *Paul R.M. Cullen* <br> Paul R.M. Cullen <br> Lindsay K. Cullen <br> *Attorneys for Plaintiff* |

**DATED** this __4__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to F.R.C.P.5(B)(2)(1), a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS (1) TK ELEVATOR MANUFACTURING, INC., AND (2) TK ELEVATOR CORPORATION, A DOMESTIC CORPORATION, WITHOUT PREJUDICE** has been served upon the following counsel through CM/ECF electronic service, on this the 3rd day of February, 2026.

PAUL R.M. CULLEN, ESQ.
LINDSAY K. CULLEN, ESQ.
CARTER & CULLEN
7408 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

PAMELA M. MCKAY, ESQ.
MCKAY LAW FIRM CHTD.
8440 W. Lake Mead Blvd., Suite 112
Las Vegas, Nevada 89128

REBECCA L. MASTRANGELO, ESQ.
ROGERS MASTRANGELO CARVALHO & MITCHELL
700 S. Third St.
Las Vegas, Nevada 89101

BRADLEY J. JOHNSTON, ESQ.
THE CAVANAGH LAW FIRM, P.A.
1850 N. Central Ave., Suite 1900
Phoenix, AZ 85004
*Attorneys for Defendants TK Elevator Corporation, TK Elevator Corporation, and TK Elevator Manufacturing, Inc.*

_/s/ Jennifer Scott_____

#11472318v2                                    3