Rebecca L. Mastrangelo
Nevada Bar No. 5417
**ROGERS, MASTRANGELO, CARVALHO
& MITCHELL**
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com

Bradley J. Johnston (*pro hac vice*)
**THE CAVANAGH LAW FIRM, P.A.**
1850 N. Central Ave., Ste. 1900
Phoenix, Arizona 85004
Telephone: (602) 322-4028
Facsimile: (602) 322-4100
bjohnston@cavanaghlaw.com

*Attorneys for Defendants TK Elevator Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA CHAIDEZ DE HERRERA, individually, <br><br> Plaintiff, <br><br> v. <br><br> TK ELEVATOR CORPORATION, a foreign corporation; HIGH SIERRA ELEVATOR INSPECTIONS, LLC, a Nevada limited liability company; DOES 1 through 30, inclusive; and ROE BUSINESS ENTITIES 5 through 30, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01122-GMN-BNW <br><br> **ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION** <br><br> The Hon. Gloria M. Navarro <br><br> Trial Date: None Set |

Maria Chaidez De Herrera ("Plaintiff") and TK Elevator Corporation ("Defendant") (collectively referred to as the "Parties") hereby stipulate as follows:

#11490367v1

1. On April 29, 2024, Plaintiff commenced an action in the District Court for Clark County, Nevada, captioned *Maria Chaidez De Herrera v. Otis Elevator Company, et al.,* Case No. A-24-892228-C (the "Action").

2. On June 17, 2024, Defendant Otis filed a petition for removal of the Action pursuant to U.S.C. §1441(b) with the United States District Court for the District of Nevada. (Document 1.)

3. On June 27, 2024, Plaintiff filed her First Amended Complaint herein, adding TK Elevator Corporation as a defendant.  (Document 11.)

4. Plaintiff subsequently dismissed Otis as a party to this action. (Document 54.)

5. On January 20, 2026, Plaintiff filed a Motion for Leave to Amend Complaint (Document 59), by which amendment Plaintiff sought to add High Sierra Inspections, LLC, a Nevada corporation, as a party defendant.  Defendant TK Elevator did not oppose the motion, and the Court granted the motion on February 10, 2026.  (Document 65.)

6. On February 12, 2026, Plaintiff filed her Second Amended Complaint naming High Sierra Elevator Inspections, LLC as a party. (Document 66).

7. The parties agree that the addition of High Sierra Elevator Inspections, LLC as a party destroys diversity jurisdiction.

8. The Parties therefore stipulate that the Action be Remanded to the District Court for Clark County, Nevada.

///

///

///

2

#11490367v1

9. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

RESPECTFULLY SUBMITTED this _____ day of February, 2026.

ROGERS MASTRANGELO
CARVALHO & MITCHELL

By: /s/ *Rebecca L. Mastrangelo*
Rebecca L. Mastrangelo

*Attorneys for Defendants TK Elevator Corporation,*

THE CAVANAGH LAW FIRM, P.A.

By: /s/ *Bradley J. Johnston*
Bradley J. Johnston (*pro hac vice*)

*Attorneys for Defendants TK Elevator Corporation,*

CARTER & CULLEN

By: /s/ *Paul R.M. Cullen*
Paul R.M. Cullen
Lindsay K. Cullen

*Attorneys for Plaintiff*

MCKAY LAW FIRM CHTD.

By: /s/ *Pamela McKay*
Pamela McKay

*Attorneys for Defendants TK Elevator Corporation,*

**DATED** this __25__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3

#11490367v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2026, a true and correct copy of the foregoing **STIPULATION TO REMAND REMOVED ACTION** was served upon counsel of record using the Court's CM/ECF system.

/s/ *Jennifer Scott*

4

#11490367v1